**Electronically Filed**
**Supreme Court**
**SCPW-24-0000484**
**21-JAN-2026**
**01:10 PM**
**Dkt. 56 ODMR**

SCPW-24-0000484

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CIVIL BEAT LAW CENTER FOR THE PUBLIC INTEREST,
Petitioner,

vs.

THE HONORABLE JAMES S. KAWASHIMA,
Judge of the Circuit Court the First Circuit,
State of Hawaiʻi, Respondent Judge;

and

M.K.; S. LAWRENCE SCHLESINGER, M.D., FACS;
PHOENIX GROUP, LLC dba THE BREAST IMPLANT CENTER OF HAWAII
and MOMMY MAKEOVER INSTITUTE OF HAWAII,
Respondents.

---

ORIGINAL PROCEEDING
(CIV. NO. 1CCV-19-0002164)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: McKenna, C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Tomasa, assigned by reason of vacancy)

Upon consideration of Respondents S. Lawrence Schlesinger,

M.D., FACS, Phoenix Group LLC dba The Breast Implant Center of

Hawaii, and Mommy Makeover Institute of Hawaii's (Respondents)

motion for reconsideration filed January 15, 2026, and the record, this court has not overlooked or misapprehended points of law or fact.  <u>See</u> Hawaiʻi Rules of Appellate Procedure Rule 40(b) (eff. 2000).

The motion for reconsideration is denied.

DATED:  Honolulu, Hawaiʻi, January 21, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Taryn R. Tomasa


